AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CHARLES HUGHES CONSTRUCTION, LLC., on behalf of itself and all others similarly situated, *Plaintiff(s)* v. SIKA AG, et al *Defendant(s)* | Civil Action No. 24-cv-460 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert N. Kaplan
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Rider**

Sika Corporation
201 Polito Avenue
Lyndhurst New Jersey 07071

Sika AG
Zugerstrasse 50
CH-6340 Baar (ZG)
Switzerland

Compagnie De Saint-Gobain S.A.
12 place de l'Iris
92096 La Défense Cedex
France

Chryso, Inc.
1611 Highway 276, Rockwall, TX 75032

GCP Applied Technologies Inc.
2325 Lakeview Parkway, Suite 400, Alpharetta, GA 30009, USA.

Cinven Ltd.
21 St. James's Square London SW1Y 4JZ

Cinven, Inc.
510 Madison Avenue
New York, NY 10022

Master Builders Solutions Deutschland GmbH
Glücksteinallee 43-45
68163 Mannheim
Germany

Master Builders Solutions Admixtures US, LLC
23700 Chagrin Blvd., Beachwood , OH 44122-5506

RPM International Inc.
2628 Pearl Road Medina, OH 44256

The Euclid Chemical Company
19215 Redwood Road, Cleveland, OH 44110